

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

May 13, 2024

**BY ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: *United States v. Sawaneh*, 24 Cr. 244 (RA)

Dear Judge Abrams:

  The Government respectfully writes with the consent of defense counsel in the above-captioned case to request that time be excluded from May 15, 2024 through the date of the initial conference in this matter, which is currently scheduled for May 23, 2024.

  The defendants were arrested on April 24, 2024, and presented and arraigned that same day before Magistrate Judge Gabriel W. Gorenstein, who excluded time under the provisions of the Speedy Trial Act until May 15, 2024. The Government respectfully requests that Speedy Trial time be excluded until May 23, 2024, as the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7). Counsel for both defendants consent to this exclusion of time.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 13, 2024

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:  */s/*_____
  Jerry J. Fang / Meredith C. Foster
  Assistant United States Attorneys
  Tel:  212-637-2584 / 2310

cc:  Defense Counsel (by ECF)