# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

July 8, 2024

By ECF

Honorable Ronnie Abrams
United States District Judge
Southern District of New York

**Re:  United States v. Ali Sawaneh, 24 Cr. 244 (RA)**

Dear Judge Abrams:

> Application granted. Mr. Sawaneh is warned, however, that if he does not provide his Pretrial Services Officer with the travel information she requests and report as directed, he may not only be charged with violating the conditions of his release, but all future such requests will be denied.
>
> SO ORDERED.
>
> Hon. Ronnie Abrams
> July 9, 2024

I write to respectfully request that the Court permit Ali Sawaneh to travel to Atlanta from July 20 to 26, 2024, to meet with the local plumber's union (Local 72) to explore potential job opportunities. Pretrial takes no position and defers to the Court; the Government opposes this request because "there have continued to be issues between Mr. Sawaneh and Pretrial" and it's "not clear why he needs to go to Atlanta to explore job opportunities when he lives and works here or why he needs to go for a 6 day time period."

Mr. Sawaneh, who has a work history in plumbing and construction, is considering the possibility of relocating to Atlanta in the future, whether it be during the pendency of his case or after. But he needs to assess available job opportunities first. A six-day trip would allow sufficient time for him to meet with multiple union representatives and is hardly an excessive amount of time. Accordingly, the Court should grant his request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Jerry J. Fang / Meredith C. Foster, Esq.
      Jessica Aguilar-Adan, Pretrial Services