UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MAHAMADOU SAWANEH and ALI SAWANEH,<br>                              Defendants. | No. 24-CR-244 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

IT IS HEREBY ORDERED that defendant's bail conditions are modified as follows:

- The defendant's must immediately provide their Pretrial Services Officers with their home address in Georgia; and

- A curfew is hereby imposed, with hours to be set by Pretrial Services, and enforced by GPS monitoring.

SO ORDERED.

Dated:   September 6, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge