UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------X
                             :     24 Cr. 244-01 (RA)

UNITED STATES OF AMERICA,      :

                             :        ORDER

         -v-               :

                             :

ALI SAWANEH,               :

               Defendant.   :

                             :

--------------------------------------------X

RONNIE ABRAMS, District Judge:

    ORDERED that the defendant's bail is revoked and he is

remanded to the custody of the United States Marshal's Service.


Dated:    October 30, 2024
         New York, New York

                                  RONNIE ABRAMS
                   United States District Judge