UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

          v.

ALI SAWANEH, and MAHAMADOU SAWANEH,

                Defendants.

24-CR-244 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

     No later than Monday, December 9, 2024, the parties shall file advise the Court as to whether either party seeks oral argument on Defendants' Motion to Suppress, ECF No. 32.

SO ORDERED.

Dated:    December 6, 2024
            New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge