

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 17, 2024

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
December 17, 2024

**Re:** *United States v. Sawaneh et al.,* **24 Cr. 244 (RA)**

Dear Judge Abrams:

    In light of the upcoming December 19, 2024 conference to address the pending change-of-counsel request and motion to dismiss, the Government respectfully writes to seek a one-week adjournment of the parties' deadline to file motions *in limine*, proposed *voir dire* questions, requests to charge, and proposed verdict forms from December 20, 2024, to December 27, 2024. Both defendants consent to the request.

    Respectfully submitted,

    EDWARD Y. KIM
    Acting United States Attorney

By:    /s/   .
    Jerry Fang / Meredith Foster / Remy Grosbard
    Assistant United States Attorneys
    Southern District of New York
    (212) 637-2584 / 2310 / 2446

cc: Counsel of Record (by ECF)