UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

ALI SAWANEH and MAHAMADOU SAWANEH,

Defendants.

No. 24-CR-244

ORDER

---

RONNIE ABRAMS, United States District Judge:

The C.J.A. attorney who is assigned to receive cases on this day is hereby ordered to assume representation of Mahamadou Sawaneh in the above-captioned matter.

The trial scheduled for January 13, 2025 is hereby adjourned. A status conference will be held on January 24, 2025 at 12:00 p.m. At that time, the parties shall be prepared to propose dates for trial. Speedy trial time is excluded until January 24, 2025, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

For the reasons stated on the record at yesterday's conference, Defendants' motion to dismiss, filed *pro se*, is denied. *See* ECF No. 45.

The Clerk of Court is respectfully directed to close the motions pending at ECF Nos. 43 and 45.

SO ORDERED.

Dated:   December 20, 2024
         New York, New York

_____
Ronnie Abrams
United States District Judge