U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 12, 2025

**By ECF**
The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Sawaneh et al.,* 24 Cr. 244 (RA)

Dear Judge Abrams:

The Government respectfully writes on behalf of all parties to seek a one-week adjournment of the pre-trial conference currently scheduled for March 14, 2025 in this matter. The Government and counsel for defendants Ali Sawaneh and Mahamadou Sawaneh have reached a resolution in principle of this case. The requested adjournment would allow the parties additional time to finalize their discussions and preparations for an anticipated change of plea hearing. Counsel for both defendants consents to the requested adjournment and the exclusion of time under the Speedy Trial Act through the date of any rescheduled conference. *See* 18 U.S.C. § 3161(h).

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney

By: _____/s/_____.
Jerry Fang / Meredith Foster / Remy Grosbard
Assistant United States Attorneys
Southern District of New York
(212) 637-2584 / 2310 / 2446

cc: Counsel of Record (by ECF)

---

Application granted. The conference is rescheduled to March 25, 2025 at 12:30 p.m. Time is excluded until March 25, 2025, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 13, 2025