# BRADLEY LAW FIRM
## A PROFESSIONAL CORPORATION

MICHAEL D. BRADLEY
ATTORNEY AND COUNSELOR AT LAW

2 PARK AVENUE, 20TH FLOOR
NEW YORK, NY 10016
(212) 235-2089
FAX: (212) 878-8819
MBRADLEY@BRADLEYLAWFIRMPC.COM

June 24, 2025

**By ECF**
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
June 25, 2025

Re:  United States v. Mahamadou Sawaneh
     24 Cr. 244 (RA)

Dear Judge Abrams:

I represent Mahamadou Sawaneh in the above-referenced matter. I write jointly with counsel for co-defendant Ali Sawaneh. They are currently scheduled to be sentenced on July 10, 2025. On behalf of both defendants, I write to respectfully request a short extension to file defense sentencing memoranda, from June 26 to June 30, 2025. We do not seek an adjournment of the sentencing date. An extension would provide sufficient time to obtain additional documentation for the Court's consideration at sentencing. This is the first request for an extension of time, and the government consents, requesting a reciprocal extension to July 7, to file its submissions. Accordingly, it is respectfully requested that the date for defense sentencing submissions be extended to June 30, 2025. We greatly appreciate the Court's time and consideration of this matter.

Respectfully submitted,

Michael D. Bradley, Esq.
Counsel for Mr. Sawaneh

cc:  AUSA Jerry Fang (*via ECF*)
     AUSA Remy Grosbard (*via ECF*)