UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    - v. -

ALI SAWANEH, and
MAHAMADOU SAWANEH,

    Defendants.

~~PROPOSE~~D RESTITUTION ORDER

24 Cr. 244 (RA)

    Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Assistant United States Attorneys Jerry J. Fang, Meredith C. Foster, and Remy K. Grosbard, of counsel; the presentence investigation reports; the defendants' convictions on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

    Defendants Ali Sawaneh and Mahamadou Sawaneh shall each pay restitution in the total amount of $1,057,261.96, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victims of the offense charged in Count One, as set forth in the Schedule of Victims attached hereto as Schedule A.  Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

    Defendants' liability for restitution shall be joint and several.  The defendants' liability to pay restitution shall continue unabated until either the defendant has paid the full amount of restitution ordered herein, or the victims have recovered the full amount of the defendants' joint and several restitution obligation.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendants, including whether any of these assets are jointly controlled; projected earnings and other income of the defendants; and any financial obligations of the defendants; including obligations to dependents, the defendants shall pay restitution in the manner and according to the schedule that follows.

The total amount of restitution is due and payable immediately upon entry of this Order. While serving the term of imprisonment, the defendants shall make installment payments toward restitution in the amount of 25% of the defendant's income each month and may do so through the Bureau of Prisons' (BOP) Inmate Financial Responsibility Plan (IFRP).  In the interest of justice, pursuant to 18 U.S.C. § 3572(d)(1) and (2), any unpaid amount remaining upon release from prison will be payable in installments of at least 15 percent of the defendants' gross income, payable on the first of each month. This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. § 3613, to the extent warranted.

3. **Payment Instructions**

The defendants shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendants shall write his/her name and the docket number of this case on each check or money order.

4. **Change in Circumstances**

The defendants shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

The defendants shall pay interest on any restitution amount of more than $2,500.00, unless restitution is paid in full before the fifteenth day after the date of the judgment, in accordance with 18 U.S.C. § 3612(f)(1).

5. **Term of Liability**

The defendants' liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

SO ORDERED:

_____   10-9-2025
HONORABLE RONNIE ABRAMS                DATE
UNITED STATES DISTRICT JUDGE