UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 24-CR-244 |
| ALI SAWANEH and MAHAMADOU SAWANEH, | ORDER |
| Defendants. | |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of the attached letter from Mr. Ali Sawaneh, in which he asks for compassionate release. If counsel for Mr. Sawaneh seeks to make a formal motion for compassionate release to supplant this one, he shall do so no later than April 2, 2026.

SO ORDERED.

Dated:   March 2, 2026
        New York, New York

Ronnie Abrams
United States District Judge

24 cr 244.

Dear Honarable Ronnie Abrams

This is Ali Sawaneh writing you this letter. First I would like to apologize to the courts for my wrongful behavior during Pretrial. That was not the type of Person I am. I was raised to respect and treat people right. Every bad action's I've done was from my own hands, and I take full accountability. I promise I would never do anything that will make the U.S Court's feel disrespected again. I didn't know what I was doing - I guess my Personal Emotions got mixed with business purposes. I don't know if I can make up for this, I'm asking for Compassionate release to get back with my family and loved ones. I want you to understand that I am not perfect and I'm sorry. Thank you for taking your sincere time to read this letter,

Sincerly

Ali Sawaneh

ALI SAWAL

REG# 11331511

FMC DEVENS P.O BOX 880

Ayer, MA 01432

20 FEB 2026 PM 5 L

To: Ronnie Abrams

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

500 PEARL STREET

NEW YORK, NY 10007

10007-133099